

# Fourth Court of Appeals
## San Antonio, Texas

July 2, 2014

No. 04-14-00135-CR

Zidney Kirk **ZUNIGA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 112th Judicial District Court, Sutton County, Texas
Trial Court No. 2180
Honorable Pedro Gomez, Judge Presiding

## O R D E R

Appellant Zidney Kirk Zuniga is advised he has the right to review the appellate record to assist him in preparing a pro se brief in response to the *Anders* brief filed by court-appointed counsel. If appellant desires to exercise this right, he must file a written request for access to the record with this court by July 17, 2014. The request must reference this appeal and be mailed to:

Fourth Court of Appeals
300 Dolorosa, Suite 3200
San Antonio, Texas 78232

Appellant's pro se brief, if he desires to file one, is currently due on July 14, 2014. However, if appellant timely requests access to the record, the deadline to file appellant's pro se brief will be reset.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court